GARY L. TYSCH, ESQ. (SB#128389)
E-mail: gltysch@pacbell.net
LAW OFFICES OF GARY L. TYSCH
16133 Ventura Boulevard, Suite 580
Encino, California 91436-2411

(818) 995-9555 main
(818) 995-9550 facsimile

Attorneys for Plaintiff SAMANTHA GABALDON

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA GABALDON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: SACV10 00240CJC (ANx)<br><br>ORDER |

## ORDER

GOOD CAUSE APPEARING AND BASED UPON THE STIPULATION OF THE PARTIES, the Court hereby orders that the action herein be dismissed with prejudice, based upon a complete and final settlement of the entire action.

DATED: December 1, 2010

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1
ORDER